1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:21-CR-6028-MKD-7 |
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| v. | Vios.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), (vi), (viii), 846 Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 400 Grams or More of Fentanyl, and 5 Kilograms or More of Cocaine (Count 1) |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ LETICIA RODRIGUEZ, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Counts 2 and 4) |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of Fentanyl (Count 3) |

SECOND SUPERSEDING INDICTMENT – 1

|   |   |
|---|---|
|   | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Distribution of 40 Grams or More of Fentanyl (Count 5) |
|   | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2 Possession with the Intent to Distribute 40 Grams or more of Fentanyl (Count 6) |
|   | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by November 2019, and continuing until on or about August 3, 2021, in the Eastern District of Washington and elsewhere, the Defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, LETICIA RODRIGUEZ, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), and 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), (vi), and (viii), 846.

SECOND SUPERSEDING INDICTMENT – 2

## COUNT 2

On or about May 18, 2021, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, did knowingly and intentionally distribute 50 grams or more of actual (pure) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about May 18, 2021, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about June 8, 2021, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, did knowingly and intentionally distribute 50 grams or more of actual (pure) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 5

On or about June 29, 2021, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 6

On or about July 21, 2021, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a

1  detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide
2  (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C.
3  § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841(a)(1), as charged in Counts 1 – 6 of this Second Superseding Indictment, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, LETICIA RODRIGUEZ, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

Defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Counts 1 – 5)

- A Sundance Industries .25 caliber Auto pistol, Model A-25, serial number: 097311

Defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Count 1)

- $161,669.00 U.S. currency;
- $5,140.00 U.S. currency;
- a Colt 01070BSTS .45 caliber pistol, serial number: CV48283;
- a DTI-15, AR-15 Rifle, Caliber 5.56mm, serial number: DTI-S159723; and
- an Arsenal AK-47 Rifle, Model: SAM7UF, serial number: BA547063

SECOND SUPERSEDING INDICTMENT – 4

If any forfeitable property, as a result of any act or omission of the Defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: this ___ day of March 2022.

A TRUE BILL

███████████████████████
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT – 5