# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Richland

**USA v. LETICIA RODRIGUEZ**       Case No.    **4:21-CR-6028-MKD-7**

The Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Second Superseding Indictment:**      03/15/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty (video) |
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Nicholas Marchi, Defense Atty [R] |
| ☒ | Carrie Valencia, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appeared by video from Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint Nicholas Marchi, a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☒ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of her rights and the allegations contained in the charging document.
The Defendant acknowledged to the Court that her true and correct name is: Leticia Rodriguez.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.
USA requests additional conditions of curfew and GPS monitoring be added.
Defense counsel has no objections.

**The Court ordered:**
1. Conditions of release imposed upon Defendant which were read to her in Court. Order forthcoming.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.